**RECEIVED**

FEB 28 2008 *aew*
2-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT
NORTHERN DISTRICT OF
EASTERN DIVISION

James M Worthem

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart (Sheriff) C.C.
Dir. Salvador Godinez
Chief of Police /Chicago

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

5/103-7. Posting Notice of Rights

§ 103-7. Posting Notice of Rights. Every sheriff, chief of police or other person who is in charge of any jail, police station or other building where persons under arrest are held in custody pending investigation, bail or other criminal proceedings, shall post in every room, other than cells, of such buildings where persons are held in custody, in conspicuous places where it may be seen and read by persons in custody and others, a poster, printed in large type, containing a verbatim copy in the English language of the provisions of Sections 103-2, 103-3, 103-4, 109-1, 110-2, 110-4, and subparts (a) and (b) of Sections 110-7 and 113-3 of this Code. Each person who is in charge of any courthouse or other building in which any trial of an offense is conducted shall post in each room primarily used for such trials and in each room in which defendants are confined or wait, pending trial, in conspicuous places where it may be seen and read by persons in custody and others, a poster, printed in large type, containing a verbatim copy in the English language of the provisions of Sections 103-6, 113-1, 113-4 and 115-1 and of subparts (a) and (b) of Section 113-3 of this Code. Laws 1963, p. 2836, § 103-7, eff. Jan. 1, 1964. Amended by Laws 1965, p. 2622, § 1, eff. Aug. 5, 1965. Formerly Ill.Rev.Stat.1991, ch. 38, ¶ 103-7.

Case No: _____
(To be supplied by the Clerk of this Court)

**08CV1210**
**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COLE**

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

Revised: 7/20/05

A.    Name: James M Worthem

B.    List all aliases: David Scott

C.    Prisoner identification number: 2007-007-1905

D.    Place of present confinement: Cook County Jail

E.    Address: P.O. Box 089002, Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

## II.    Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: MR. Tom Dart

Title: Sheriff of Cook County

Place of Employment: Cook County Jail

B.    Defendant: MR. Salvador Godinez

Title: Director of Cook County Jail

Place of Employment: Cook County Jail

C.    Defendant: Dana Starks

Title: Chief of Police of Chicago

Place of Employment: 3510 S. Michigan 5th Floor, Chigo Ill 60653

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised:  7/20/05

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)    NO (  )    If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)    NO (  )

C.    If your answer is **YES**:

1.    What steps did you take?

I DID write 3 separate Grievances and those Dates are 10/17/07 — 12/4/07 and 12/13/07

2.    What was the result?

All were taken as A Request instead of a Demand to be posted as the Law so requires

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

No - I was not Given a control # So I was not able to appeal that decision.

D.    If your answer is **NO**, explain why not:    See Above

3

Revised: 7/20/05

E.   Is the grievance procedure now completed?   YES (✓)   NO ( )

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES (✓)   NO (✗)

G.   If your answer is **YES**:

    1.   What steps did you take?

I often complained to C.C.D.O.C officials of how they are required to post up a poster printed in large type letters on every wing and holding tank were Detainees are held.

    2.   What was the result?

They only have small typing paper posted in interlocks were Detainees are not allowed to hang out at to read and in most places theres no posting of any such laws.

H.   If your answer is **NO**, explain why not:

_____

_____

_____

4

Revised:  7/20/06

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: O7-C 6589

B.   Approximate date of filing lawsuit: 11/2/07

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: James M Worthern (AKA) David Scott

D.   List all defendants: Tom Dart, Director Godinez, DR. Ting, DR. Carasquilla, SGt Moire Deputy Boyle, C/O Cook C/O Abruzzo, C/O O-Malley, C/O Hertera

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): northern District of Illinois

F.   Name of judge to whom case was assigned: Judge Leinenweber and Magistrate Judge Cole.

G.   Basic claim made: Assault by cook county Sheriff Deputy and Assault by pre-trial Detainee by way of Spitting.

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending: Granted / forma pauperis Motion to leave in forma pauperis is Granted on 1/26/08

I.   Approximate date of disposition: ?

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

IV - continued.

A. O7 C 6687

B. 11/28/07

C. James M WORTHem (AKA)

D. Svperintendant Gary Hickerson, DR Ting, DR. caraguillo, %o Sandoval, %o Hererra.

E. NORTHERN District OF Illinois

F. Judge Leinenweber and Magistrate Judge cole

G. Health Safety and Sanitation Violations

H. Still pending Granted in leave of forma pauperis

I. ?


IV - continued

A. O7-C-7255

B. 12/27/07

C. James M WORTHem (AKA) David Scott

D. Michael Moore and Jennifer Hall

E. Northern District of Illinois

F.

G. Deliberate indifferance, Gross negligence and const. Amend. 8.74. Violat

H. Still pending Granted for Leave in forma pauperis Stillpend

I. ?

under 725 ILCS 5/104-13, posting notice of Rights at which has not been done in the many years since its enactment into law and I have personally been throughout this compound and in various court houses holding cells were this should be posted up as well by law at which is in Direct Violation of My 8th Amendmendment Right against Cruel and unusual punishment and A Direct Violation of My Due process and equal protection clauses of the 14th Amendment. This is an oppressive Move by high Ranking officials so as to keep the Detainees they so Jail for political gain and to keep Me ignorant towards all these very important Rights of persons under arrest. These officials are very Guilty of extreme Gross negligence, Deliberate indifference and total Reckless Disregard for the Pre-trial Detainees they so choose to house and keep under their control without acknowledging the laws set forth for our purposes, Also they are in violation of not affording all Detainees the Right to the Rules Regulations of the C.C. Jail. They are not posted everywhere either

**VI.   Relief:** I was just on Division 5 2-C from 11/4/08 til 1/9/08 and absolutely nothing is posted in the Tier or window, at which is not what Law calls for. and in every police station were Detainees or arrestees are being held and can see clearly as the Law so else states. I am holding all parties liable for this Civil Rights Violation. There is no posting notice of Rights on any wing in C.C.J

725 ILCS 5/103-8 - Mandatory Duty of officers.
* Any peace officer who intentionally prevents the exercise by an accused of any right conferred by this Article or who intentionally fails to perform any act required of him by this article shall be guilty of official Misconduct and maybe punished in accordance with section 33-3 of the criminal code of 1961 (720 ILCS 5/33-3 Approved July 28, 1961 as heretofore and hereafter amended. (source laws 1963, p 2836)

* 720 ILCS 5/33-3 - Official Misconduct.
A public officer or employee commits Misconduct when, in his official capacity, he commits any of the following acts: (a) Intentionally or Recklessly fails to perform any mandatory duty as required by law; or (b) knowingly performs an act which he is forbidden by law to perform; or (c) with intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority; or (d) solicits or knowingly accepts for the performance of any act a fee or reward which he knows is not authorized by law. A public officer or employee convicted of violating any provision of this section forfeits his office or employment, in addition he commits a class 3 Felony (source p.A. 82-790).

**State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.**

That each person in charge of any courthouse or Jail or other building in which any trial of an offense is conducted shall post in every Room were Defendants are confined or waiting and where it may be seen in both english and spanish and Read as the law so states. I am Requesting an amount of $50 million dollars for these officials misconduct and for Mental anguish and Punitive and compensatory damages.     CERTIFICATION    Jury trial

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Jan day of 13, 2008

James Wortham

_____
(Signature of plaintiff or plaintiffs)

James M Wortham
(Print name)

2007-0071905
(I.D. Number)

James M Wortham
P.O. Box 089002
Chicago Ill, 60608
(Address)

8

Revised:  7/20/05

*[handwritten margin notes: "FOR JUDGE OR MAGISTRATE/Federal ↑only Div a has this w/their 2 the fact but nobody is allowed to Brim interlock to read this not by Winkels"]*

# STATE OF ILLINOIS



# NOTICE OF RIGHTS OF PERSONS UNDER ARREST

DEPARTMENT OF CORRECTIONS

# ILLINOIS CODE OF CRIMINAL PROCEDURE - 725 ILCS 5/

JAIL AND DETENTION STANDARDS

## ARTICLE 103. RIGHTS OF ACCUSED - Sec. 103-2. - Treatment while in custody.

(a) On being taken into custody every person shall have the right to remain silent.

(b) No unlawful means of any kind shall be used to obtain a statement, admission or confession from any person in custody.

(c) Persons in custody shall be treated humanely and provided with proper food, shelter and, if required, medical treatment.

*(Source: Laws 1963, p. 2836.)*

## Sec. 103-3. - Right to communicate with attorney and family; transfers.

(a) Persons who are arrested shall have the right to communicate with an attorney of their choice and a member of their family by making a reasonable number of telephone calls or in any other reasonable manner. Such communication shall be permitted within a reasonable time after arrival at the first place of custody.

(b) In the event the accused is transferred to a new place of custody his right to communicate with an attorney and a member of his family is renewed.

*(Source: Laws 1963, p. 2836.)*

## Sec. 103-4. - Right to consult with attorney.

Any person committed, imprisoned or restrained of his liberty for any cause whatever and whether or not such person is charged with an offense shall, except in cases of imminent danger of escape, be allowed to consult with any licensed attorney at law of this State whom such person may desire to see or consult, alone and in private at the place of custody, as many times and for such period each time as is reasonable. When any such person is about to be moved beyond the limits of this State under any pretense whatever the person to be moved shall be entitled to a reasonable time for the purpose of obtaining counsel and of availing himself of the laws of this State for the security of personal liberty.

*(Source: Laws 1963, p. 2836.)*

## ARTICLE 109. - PRELIMINARY EXAMINATION - Sec. 109-1. Person arrested.

(a) A person arrested with or without a warrant shall be taken without unnecessary delay before the nearest and most accessible judge in that county, except when such county is a participant in a regional jail authority, in which event such person may be taken to the nearest and most accessible judge, irrespective of the county where such judge presides, and a charge shall be filed. Whenever a person arrested either with or without a warrant is required to be taken before a judge, a charge may be filed against such person by way of a two-way closed circuit television system, except that a hearing to deny bail to the defendant may not be conducted by way of closed circuit television.

*(Source: P.A. 90-1461, eff. 1-1-99.)*

(b) The judge shall:

(1) Inform the defendant of the charge against him and shall provide him with a copy of the charge.

(2) Advise the defendant of his right to counsel and if indigent shall appoint a public defender or licensed attorney at law of this State to represent him in accordance with the provisions of Section 113-3 of this Code.

(3) Schedule a preliminary hearing in appropriate cases; and

(4) Admit the defendant to bail in accordance with the provisions of Article 110 of this Code.

(c) The court may issue an order of protection in accordance with the provisions of Article 112A of this Code.

*(Source: P.A. 89-377, eff. 8-18-95.)*

## ARTICLE 110. BAIL - Sec. 110-2. - Release on own recognizance.

When from all the circumstances the court is of the opinion that the defendant will appear as required either before or after conviction and the defendant will not pose a danger to any person or the community and that the defendant will comply with all conditions of bond, which shall include the defendant's current address with a written admonishment to the defendant that he or she must comply with the provisions of Section 110-12 of this Code regarding any change in his or her address, the defendant may be released on his or her own recognizance. The defendant's address shall at all times remain a matter of public record with the clerk of the court. A failure to appear as required by such recognizance shall constitute an offense subject to the penalty provided in Section 32-10 of the "Criminal Code of 1961", approved July 28, 1961, as heretofore and hereafter amended, for violation of the bail bond, and any obligated sum fixed in the recognizance shall be forfeited and collected in accordance with subsection (g) of Section 110-7 of this Code.

This Section shall be liberally construed to effectuate the purpose of relying upon contempt of court proceedings or criminal sanctions instead of financial loss to assure the appearance of the defendant, and that the defendant will not pose a danger to any person or the community and that the defendant will comply with all conditions of bond. Monetary bail should be set only when it is determined that no other conditions of release will reasonably assure the defendant's appearance in court, that the defendant does not present a danger to any person or the community and that the defendant will comply with all conditions of bond.

The State may appeal any order permitting release by personal recognizance.

## Sec. 110-4. - Ballable Offenses.

(a) All persons shall be ballable before conviction, except the following offenses where the proof is evident or the presumption great that the defendant is guilty of the offense; capital offenses; offenses for which a sentence of life imprisonment may be imposed as a consequence of conviction; felony offenses for which a sentence of imprisonment, without conditional and revocable release, shall be imposed by law as a consequence of conviction, where the court after a hearing, determines that the release of the defendant would pose a real and present threat to the physical safety of any person or persons; stalking or aggravated stalking, where the court, after a hearing, determines that the release of the defendant would pose a real and present threat to the physical safety of the alleged victim of the offense and denial of bail is necessary to prevent fulfillment of the threat upon which the charge is based; or unlawful use of weapons in violation of item (4) of subsection (a) of Section 24-1 of the Criminal Code of 1961 when that offense occurred in a school or in any conveyance owned, leased, or contracted by a school to transport students to or from school or a school-related activity, or on any public way within 1,000 feet of real property comprising any school, where the court, after a hearing, determines that the release of the defendant would pose a real and present threat to the physical safety of any person and denial of bail is necessary to prevent fulfillment of that threat.

(b) A person seeking release on bail who is charged with a capital offense or an offense for which a sentence of life imprisonment may be imposed shall not be ballable until a hearing is held wherein such person has the burden of demonstrating that the proof of his guilt is not evident and the presumption is not great.

(c) Where it is alleged that bail should be denied to a person upon the grounds that the person presents a real and present threat to the physical safety of any person or persons, the burden of proof of such allegations shall be upon the State.

(d) When it is alleged that bail should be denied to a person charged with stalking or aggravated stalking upon the grounds set forth in Section 110-6.3 of this Code, the burden of proof of those allegations shall be upon the State.

(Source: P.A. 91-11, eff. 6-4-99.)

## Sec. 110-7. - Deposit of Bail Security.

(a) The person for whom bail has been set shall execute the bail bond and deposit with the clerk of the court before which the proceeding is pending a sum of money equal to 10% of the bail, but in no event shall such deposit be less than $25. The clerk of the court shall provide a space on each form for a person other than the accused who has provided the money for the posting of bail to so indicate and a space signed by a person who has provided the bail bond indicating whether a person other than the accused has provided the money for the posting of bail. The form shall also include a written notice to such person who has provided the defendant with the money for the posting of bail indicating that the bail may be used to pay costs, attorney's fees, fines, or other purposes authorized by the court and if the defendant fails to comply with the conditions of the bail bond, the court shall enter an order declaring the bail to be forfeited. The written notice must be: (1) distinguishable from the surrounding text; (2) in bold type or underscored; and (3) in a type size at least 2 points larger than the surrounding type. When a person for whom bail has been set is charged with an offense under the "Illinois Controlled Substances Act" which is a Class X felony, the court may require the defendant to deposit a sum equal to 100% of the bail. Where any person is charged with a forcible felony while free on bail and is the subject of proceedings under Section 109-3 of this Code the judge conducting the preliminary examination may also conduct a hearing upon the application of the State pursuant to the provisions of Section 110-6 of this Code to increase or revoke the bail for that person's prior alleged offense.

(b) Upon depositing this sum and any bond fee authorized by law, the person shall be released from custody subject to the conditions of the bail bond.

## ARTICLE 113. ARRAIGNMENT - Sec. 113-3. - Counsel and Expert Witness

(Source: P.A. 91-589, eff. 1-1-00.)

(a) Every person charged with an offense shall be allowed counsel before pleading to the charge. If the defendant desires counsel and has been unable to obtain same before arraignment the court shall recess court or continue the cause for a reasonable time to permit defendant to obtain counsel and consult with him before pleading to the charge. In all cases, except where the penalty is a fine only, if the court determines that the defendant is indigent and desires counsel, the Public Defender shall be appointed as counsel. If there is no Public Defender in the county or if the defendant requests counsel other than the Public Defender and the court finds that the rights of the defendant will be prejudiced by the appointment of the Public Defender, the court shall appoint as counsel a licensed attorney at law of this State, except that in a county having a population of 2,000,000 or more the Public Defender shall be appointed as counsel in all misdemeanor cases where the defendant is indigent and desires counsel unless the case involves multiple defendants, in which case the court may appoint counsel other than the Public Defender for the additional defendants. The court shall require an affidavit signed by any defendant who requests court appointed counsel. Such affidavit shall be in the form established by the Supreme Court containing sufficient information to ascertain the assets and liabilities of that defendant. The Court may direct the Clerk of the Circuit Court to assist the defendant in the completion of the affidavit. Any person who knowingly files such affidavit containing false information concerning his assets and liabilities shall be liable to the county where the case is pending for the reasonable value of the services rendered by the public defender or other court-appointed counsel in the case to the extent that such services were unjustly or falsely procured.

(12)

PINK
COPY

Referred to: SUPT. PNLS

X processed as a request

Cook County Department of Corrections/Detainee Grievance
Detainee Name * James Worthem AKA David Scott #2007-0071905
Division 5 - 1 - D - Upper 6 -   Date 12/4/07

* Brief Summary of complaint: * Case Law number 725 ILCS
5/103-7/posting Notice of Rights * Again I am Attempting
to Grieve an issue that has been ignored and gone un-answered
and now pertaining to the Gross negligence and Deliberate
Indifferance to the * Posting notice of Rights at which one
is posted in the window on the wing but is only shown on one
Side and is not what law calls for, this paper in the window
is the Size of a sheet of typing paper when the law
Clearly States that * every Sheriff, Chief of Police or other
person who is in charge of any Jail, Police Station or other
building where persons under arrest are held in custody,
pending investigation, bail or other criminal proceedings,
shall post in every room, other than cells, of such buildings
where persons are held in custody, in Conspicuous places
where it May be Seen and read by Persons in custody and
others, A poster "printed in large type, Containing A
"Verbatim" Copy in english language and in Spanish of
the provisions of Sections 103-2, 103-3, 103-4, 109-1, 110-2,
10-4 and Subparts (a) and (b) of Sections 110-7 and 113-3 of
this code. (Laws 1963, p. 2836, § 103-7, eff. Jan.1 1964,
Amended by laws 1965 p. 2622 §1, eff Aug. 5 1965 (Formerly
Ill. Rev. Stat. 1991, ch 38. ¶ 103-7. Chief Wright aint complying!



Name of Staff or Detainee(s) Having information Regarding this complaint: Supt Hickerson, All supts of all Divisions, Chief wright, Sheriff Tom Dart, Director Salvador Godinez, Asst Dirt MR brown, Asst Dir- MR. Romero, all detainees in the whole compound.

* Action that I am Requesting.* to all cook count officials of whom run their Jails and Court Room bull pins and on every Wing in the cook county Jail to Post up these signs in english and spanish on the wall in poster size Just as the Law States and there should be no excuses when it's Law by the Federal Government this is in Direct Violation of My 14th Amendment Rights and a right to remedy and Justice, Inherent and inalienable rights. I'm also seeking a 1983 class action suit when I exhaust My Grievance procedures, this is an oppressive Move by high Ranking officials to keep Detainees of who are innocent until proven guilty to be ignorant toward the Laws that benefit us all, even officers have family members of whom are Locked up and shouldn't be so Quick to Punish a Detainee who has Not been convicted of any crime. Thank you.

/s/ James Wortham

C.R.W's /s/ A. Lewemski        Date C.R.W Rec 12 15 07

**PART – C**

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _SCOTT_    First Name: _DAVID_

ID#: _2007 - 0071905_  Div: _5_  Tier/LivingUnit: _10_

Date of Request: _12 / 4 / 07_    Date C.R.W. Received Request: _12 / 5 / 07_

This Request has been processed by: _LEWANSKI_    C.R.W.

**Summary of Request:**

_DETAINEE REQUESTS POSTING OF_
_"NOTICE OF RIGHTS."_

**Response and/or Action Taken:**

_Rules And Regulations Are posted_
_on every Living unit_

_SuPT GARY Hickerson_ _[signature]_ Date: _12/07/07_ Div./Dept. _IV_
(Print- name of individual responding)  (Signature of individual responding)

PART-A/Control- ~~000651~~

Referred to: ~~CHEC~~

☒ processed as a request

COOK COUNTY DEPARTMENT OF Corrections /Detainee Grievance
* James M Worthem AKA David Scott # 2007-0071905 # 12/13/07
Division 9-3-E-upper 3209

: Brief Summary OF the Complaint: I was already in Division 5 and In 11 and now I'm in Div 9 and I have Just proven that C.C.D.O.C officials are all in Knowledge and are in violation of 725 ILCS 5/103-7 Posting Notice OF Rights! Again I will Attempt to Grieve this Matter one Last time before bringing this to the attention of A higher Justice
* Posting Notice of Rights §103-7. Every Sheriff, Chief of police or ther person who is in charge of any Jail, police station or other building where persons under arrest are held in custody pending investigation, bail or ther criminal proceedings, shall post in <u>every</u> Room, other than cells, of such buildings where persons are held in custody, in conspicuous places where it May be seen and read by persons in custody and others, a poster, printed in large type, containing a verbatim copy in the english language of the provisions of Sections 103-2, 103-3, 103-4, 109-1, 110-2, 110-4 and subpart (a) and (b) of Sections 110-7 and 113-3 of this code. Each person who is in charge of any courthouse or other building in which any trial of an offense is conducted shall post in each room primarily used for such trials and in each Room in which defendants are confined or wait, pending trial, in conspicuous places where it may be seen and read by persons in custody and others, A poster, printed in large type, containing a verbatim copy in the english language of the provisions of sections 103-6, 113-1, 113-4, and 115-1 and of Subparts (a) and (b) of section 113-3 of this code. * Laws 1963, p. 2836 §103-7, eff Jan 1, 1964, Amended by Laws 1965 p.2622, §1. eff. Aug 5. 1965 * Formerly Ill. Rev. Stat. 1991

Ch. 38, ¶103-7 ＃ 5/103-8 Mandatory Duty of officers. <u>Any Peace</u>
officer who intentionally prevents the exercise by an accused of any
right conferred by this article or who intentionally fails to perform
any act required of him by this article shall be guilty of official
Misconduct and maybe punished in accordance with section 33-3
of the "criminal code of 1961" approved July 28, 1961, as heretofore
and heretofore amended. ＃ Laws 1963, p. 2836, §103-8, eff. Jan 1, 1964
ormerly. Ill. Rev. Stat. 1991, Ch. 38, ¶1103-8. [2]720 ILCS 5/33-3.

: Name of Staff <u>or</u> Detainees having Information regarding
his complaint: Sheriff Tom Dart, Chief of Police of Every
Police Station in Cook county. The Mayor Daley, all of high
ranking officials over C.C.J. and any and all officials in
Charge over all cook-county Jail or and court house and
ill Detainees in the whole compound or any other cook
County holding facility, and I'm even willing to bet that
he Governor of Illinois Knows of this oppressive move by high
ranking officials to Keep their prisoners Ignorant of Laws!

ction Requested: That high ranking officials Get in gear
nd begin posting these Notices on posters in Large type
words Just as the Law requires anywhere it's stated by
law to be and not small where it can be easily overlooked,
am going to be the one who Makes this all possible and I'm
sing to State and Federal courts with a class action law-
suit thats out of this world for Deliberate Indifference and—

Part A / Control #: _____ X _____

Referred To: SUPT. DIV, 5

X Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: AKA WORTHEM SCOTT    First Name: AKA JAMES David

ID #: 2007 - 0071905   Div.: 5   Living Unit: 1-D   Date: 10 / 17 / 07

BRIEF SUMMARY OF THE COMPLAINT: 725 ILCS 5/103-7 / posting Notice of Right
* every Sheriff, Chief of police or other person who is in charge of any
Jail, police station or other building where persons under arrest are
held in custody, pending Investigation, bail or other criminal proceedings,
shall post in every room, other than cells, of such buildings where persons
are held in custody, in conspicuous places where it may be seen and
read by persons in custody and others, A poster "printed in large
type, containing A "verbatim" copy in English language of the provisions
of sections 103-2, 103-3, 103-4, 109-1, 110-2, 110-4 and subparts (a)
and (b) of sections 110-7 and 113-3 of this code. (Laws 1963, p.
2836, § 103-7, eff. Jan. 1 1964. Amended by Laws 1965 p. 2622 §), eff.
Aug. 5 1965 (Formerly Ill. Rev. Stat. 1991, Ch 38, ¶ 103-7.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Supt. Hickorson, all Division Superintendants, Director Mr. Salvador Godinez,
All Detainees in the Whole compound. Staff are guilty of official misconduct!
ACTION THAT YOU ARE REQUESTING: * Due Process, and equal protection, Violations, Right to
Remedy and Justice, Inherent and Inalienable rights. * Const Amend 1, 4, 8, 9, 14th
Violations * post up signs Immediately and I'll seek 1983 action when I
exhaust my Grievance procedures. Thank you.

## DETAINEE SIGNATURE: James Worthem AKA David Scott

C.R.W.'S SIGNATURE: D. Lewanski    DATE C.R.W. RECEIVED: 10 / 18 / 07

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

| **C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST** |
|---|

*\* Please note: When processed as a request, PART – B is not applicable. \**

Detainee's Last Name: _SCOTT_    First Name: _DAVID_

ID#: _2007 - 0071905_ Div: _5_ Tier/LivingUnit: _10_

Date of Request: _10 / 17 / 07_    Date C.R.W. Received Request: _10/18/07_

This Request has been processed by: _D. Lewanski_    C.R.W.

*Summary of Request:*

_DETAINEE REQUESTS POSTING OF_
_DETAINEE CIVIL RIGHTS._

*Response and/or Action Taken:*

_ALL Rules + regulations are given to Inmates_
_in Receiving. Each Deck Post the Rules + regulations_
_on the Tier._

_SUPT GARY HICKERSON_ - _[signature]_    Date: _10/20/07_ Div./Dept. _5_
(Print- name of individual responding)    (Signature of individual responding)

( WHITE  COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY  PACK )    ( PINK COPY – DETAINEE )

Part-A / Control #: — X —

Refered To: Supt. Div. 5

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

AKA Scott

Detainee Last Name: WoRTHem          First Name: James David

ID #: 2007 - 0071905   Div.: 5   Living Unit: 2-A   Date: 1 /23/08

BRIEF SUMMARY OF THE COMPLAINT: Civic Rights Violations and an extreme Deprivation of both State and Federal laws against My person on an ongoing Rate and Retaliation. Due to My exercising of Rights. I have been on 2-C from Jan 4th thru the 9th and on 2A Div 5 since Jan 17 thru this Date and there is no posting notice of Rights as the law so Requires on Wing nor is there any posting of Detainee Rules and Regulations nor is staff Issuing those Rules/Regs to Detainees upon their arrival at C.C. Jail! Also ___ nor Detainees ___ Rules upon the issuance of My food as Supt Hickerson so stated when he came to me to all ___ NO Real ___

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Chief Wright Supt Hickerson, Salvador Godinez, Sheriff of C.C. Tom Dart. All Inmates

ACTION THAT YOU ARE REQUESTING: That C.C. D.O.C. officals do what law sets forth to be done for justice and that Rules and Reg for Detainees be posted on all Wings in compound and posting notice of Rights on every wing also. I will and AM Invoking My absolute Rights and will pursue within the courts!

DETAINEE SIGNATURE: James Worthem (AKA) David Scott

C.R.W.'S SIGNATURE: M. Mewbury          DATE C.R.W. RECEIVED: 1 /25/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: __Scott__     First Name: __David__

ID#: __2007 - 0071905__  Div: __5__  Tier/LivingUnit: __2A__

Date of Request: __1 / 23 / 08__     Date C.R.W. Received Request: __1 / 25 / 08__

This request has been processed by: ___M. MucFarlane___  C.R.W.

*Summary of Request:*

Detainee requesting that the Rules & Regulations for Detainees be posted on the living Unit

*Response and/or Action Taken:*

Not true

DETAINEE SCOTT DAVID RECOVED A REZOV 1-24-08 AND THE DETAINEE RULE / REGULATIONS ARE THEOW GA

_____   _____  Date: __1 / 25 / 08__ Div./Dept __5__
(Print- name of individual responding)   (Signature of individual responding)

**✕✕** No Posting Notice of Rights of Holding pin for court, none on any wing in big verbatine Words no, any in any police station that were ever seen and staff. Does not give us Detainee Rules and Regulations upon our entry through Receiving at C.i.C. Jail.

**✕** The Signatures of the Concerned Detainees.

18 James Worton #2007-0021905

Darrell McChristian 20070095736

Brandon White 20070091127

Andre Barnes 2008000 52E2

Julius Erving  _Julius Erving_  200800040058

Edward Cruz 20080006165

Jell Treadwell 3357

Raheem Bernard 20080004860

Mario A torres

Jauhma Allen 20070043729

Robert Anderson 20080085301

Jose Rodriguez 20060085232

Bobo Morris

Migul. Vega

Kevin Lamb 20080004079

Isiah Ryals 20070095725

Steven Pitts 20080006955

Marlan Williams 20080004641

Michael Mendoza 20070075724

Dennis M. Dresden 20070088283

William T. Hinton 20080006033

Claude Massey 20080005963

Rozmus Stanislaw 20070091542

Matthew Henderson 2008-000-6153

All Detainees on 3-A-Divisions — no posting notice of Right on any wing in Division 5. Also no other Division as law so states.